MILDRED PHILLIPS, Respondent, v. MORTIMER PHILLIPS, Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.; Callahan and Van Voorhis, JJ., dissent and vote to modify to reduce counsel fee to $750.

IRENE G. YOTT, Appellant, v. GEORGE M. D. YOTT, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Arbitration between WILLIAM WHITMAN COMPANY, INC., Respondent, and FRIEDBERG-GELFOND Co., INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of HERLART, INC., Respondent, against BELIEVE IT OR NOT, INC., et al., Appellants.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

MICHAELA D. STOLOW, Appellant, v. HENRY STOLOW, Respondent.— No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

IDA KOSSEFF, Respondent, v. JACOB KOSSEFF, Appellant.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

LUCY BELLONE, Appellant, v. ALMERINDO BELLONE, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

COMMERCIAL CAPITAL CORPORATION, Respondent, v. JOSEPH H. Moss et al., Defendants, and WILLIAM SCHNEER et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.